

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-17-00741-CV

Edward R. **MEZA** Jr., Sylvia Meza, and New Braunfels Home Health, Inc. d/b/a N.B. Home Health,
Appellants

v.

**HONORCARE HOME HEALTH INC**.,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376006
Honorable Karen Crouch, Judge Presiding

# O R D E R

Appellee's brief is currently due July 9, 2018. Appellee has filed an unopposed motion for extension of time, requesting an extension to August 15, 2018 – an additional thirty-seven days from the original due date. After review, we **GRANT** appellee's motion and **ORDER** appellee to file its brief in this court on or before August 15, 2018.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court